UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

HYUNJUNG KI,

                                      Plaintiff,

          -against-

THE CITY OF NEW YORK, DERMOT SHEA, HYUN KIM, AND JUNG KIM,

                                      Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

20-CV-4343 (ARR) (PK)

        **PLEASE TAKE NOTICE** that **MOSTAFA KHAIRY** hereby appears as counsel of record on behalf of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendant City of New York. All papers and Electronic Case Filing notifications in this matter should henceforth be served on Mostafa Khairy at the address listed below.

        I certify that I am admitted to practice before this Court.

Dated:  New York, New York
           October 21, 2020

                                                GEORGIA M. PESTANA
                                                Acting Corporation Counsel of the City of New York
                                                *Attorney for Defendant City of New York*
                                                100 Church Street
                                               New York, NY 10007
                                               (212) 356-2105

                                           By:   *Mostafa Khairy*  /s/
                                                    Mostafa Khairy
                                                    Special Federal Litigation Division

cc:    **BY ECF**
        Michael Kimm, Esq.
        Kimm Law firm
        *Attorney for Plaintiff*