

# SHERIFF'S CERTIFICATE OF SERVICE
**Personal Service**

Civil Action No. 20-CV-4343
Sheriff's Case # 20027339

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------x

**HYUNGJUNG KI,**
PLAINTIFF

    VS

**CITY OF NEW YORK, ET AL**
DEFENDANTS
-----------------------------------------------x

**STATE OF NEW YORK}
COUNTY OF NEW YORK}SS:**

I, **QIN ZHANG**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **10/20/2020**, at approximately **10:20 AM** at **100 CHURCH STREET NEW YORK, NY 10007** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **SUMMONS IN A CIVIL ACTION & COMPLAINT WITH JURY DEMAND** upon **DERMOT SHEA**, in the following manner:

**[X] PERSONAL SERVICE**

By delivering to and leaving with **LEMAR REID**, a person of suitable age and discretion, who stated he was the **DOCKETING CLERK FOR THE CITY OF NEW YORK CORPORATION COUNSEL** to the defendant, **DERMOT SHEA**, a true copy thereof. Said address is the place of business of the defendant.

**[X] DESCRIPTION:**

| | | | |
|---|---|---|---|
| Skin Complexion: **DARK** | Sex: **Male** | Approx. Age: **35** | Height: **5'11"** |
| Weight: **180lbs.** | Hair Color: **BLACK** | | |

**[X] MAILING**

On **10/21/2020**, I mailed the above mentioned process (es) by first class USPS mail to the defendant at his last known actual place of business in an envelope bearing the legend **"PERSONAL AND CONFIDENTIAL"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant.

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

SHERIFF OF THE CITY OF NEW YORK
JOSEPH FUCITO

Dated: 10/20/2020

BY: _____
QIN ZHANG
DEPUTY SHERIFF
SHIELD # 482

FOR: Kimm Law Firm
REF: REF-6598142

Tracking #: 0058397753

IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **HYUNGJUNG KI** | Plaintiff/Petitioner | Hearing Date:<br>INDEX NO: **1:20-CV-04343**<br>Index Date: **09/16/2020** |
| vs. | | |
| **CITY OF NEW YORK, ET AL** | Defendant/Respondent | DECLARATION OF NON-SERVICE OF:<br>**Summons; Complaint** |

Received by _____, on the _____ day of _____, 20____ to be served upon **Dermot Shea as NYPD Commissioner** at **Corporation Counsel 100 Church St., 5 Fl, NEW YORK, New York County, NY 10007**.

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **Dermot Shea as NYPD Commissioner** at the address of: **Corporation Counsel 100 Church St., 5 Fl, NEW YORK, NY 10007** and was unable to effect service for the following reasons:

| Date | Time | Address | Remarks |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**COMMENTS**

Declarant hereby states under penalty of perjury under the laws of the State of New York that the statement above is true and correct.

Date: _____

_____
*Process Server Name*     *Reg. State, County and ID#*     *Signature*

ABC Legal Services, Inc.
DCA Lic. #1380619 Exp, 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201



Page 1 of 1
FOR: **Kimm Law Firm**
REF: **REF-6598142**

Tracking #: **0058397755**

